IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 5:12-CV-542-F

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) DEFAULT |
| MAXIMUS FREDERICK et al., | ) |
| Defendants. | ) |

Upon motion, request, and proper showing by attorney for the plaintiff, the United States of America, the defendantS, having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure, default is hereby entered against the defendantS, Maximus Frederick and Vistar Medical Clinic.

This the 4th day of March, 2013.

JULIE A. RICHARDS, CLERK

BY: *Julie A. Richards*
Clerk
United States District Court